**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STEVE WELLS, | NO. CV 16-4855-CJC(E) |
|     Petitioner, | |
|   v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS |
| JOSIE GASTELO, Warden, | OF UNITED STATES MAGISTRATE JUDGE |
|     Respondent. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered: (1) dismissing the Petition without prejudice to the extent the Petition challenges the 1978 state court criminal judgment; and (2) otherwise denying and dismissing the Petition with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

        DATED: October 5, 2016.

                          _____
                                CORMAC J. CARNEY
                          UNITED STATES DISTRICT JUDGE

2