JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STEVE WELLS, <br>     Petitioner, <br><br>   v. <br><br> JOSIE GASTELO, Warden, <br><br>     Respondent. | NO. CV 16-4855-CJC(E) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that: (1) the Petition is dismissed without prejudice to the extent the Petition challenges the 1978 state court criminal judgment; and (2) the Petition is otherwise denied and dismissed with prejudice.

    DATED: October 5, 2016.

                                 /s/ Cormac J. Carney
                            CORMAC J. CARNEY
                   UNITED STATES DISTRICT JUDGE